1046

[No. 47209-7-I. Division One. December 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHIED MACEO MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50867-6, Deborah D. Fleck, J., entered August 9, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid, C.J., and Grosse, J.

[No. 47739-1-I. Division One. December 17, 2001.]

*In the Matter of the Guardianship of* HELEN HAZEL TOBEY, *Respondent*, SHARON KAY TALLEY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-4-00155-9, John M. Meyer, J., entered October 20, 2000. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 47828-1-I. Division One. December 17, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. J.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-03980-8, Kimberly Prochnau, J. Pro Tem., entered November 8, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Baker and Ellington, JJ.

[No. 47866-4-I. Division One. December 17, 2001.]

JAMES A. KUEHN, *as Personal Representative, Appellant*, v. THE SNOHOMISH COUNTY PUBLIC TRANSPORTATION BENEFIT AREA CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-05104-0, James H. Allendoerfer, J., entered December 1, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, A.C.J., and Kennedy, J.